1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  ALBERTO L. GONZALEZ
   Supervising Deputy Attorney General
3  JEFFREY R. VINCENT, State Bar No. 161013
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 324-5492
6   Fax:  (916) 322-8288
    Email:  Jeffrey.Vincent@doj.ca.gov

7
   Attorneys for Defendants State of California by and
8  through the Department of Motor Vehicles, CHP Officer
   D. Salcido, CHP Officer Gregory Makel, CHP Captain
9  G. Fief, and DMV Hearing Officer G. Verdugo

10

11                IN THE UNITED STATES DISTRICT COURT

12                FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  **MARK MCAFEE,** | 1:07-CV-00577-OWW-NEW |
| 15                              Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER** |
| 16       v. | |
| 17  **STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, CHP OFFICER GREG MAKEL, CHP OFFICER SALCIDO, CHP CAPT. G.L. FIEF, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, HEARING OFFICER G. VERDUGO, and DOES 1 through 10, inclusive,** | |
| 21                              Defendants. | |

23                              **RECITALS**

24       1.   On May 29, defendant State of California by and through its Department of Motor

25  Vehicles ("DMV"), DMV Hearing Officer George Verdugo, California Highway Patrol ("CHP")

26  Officer David Salcido, and CHP Captain Gary Fief filed a motion pursuant to Federal Rules of

27  Civil Procedure 12(b)(6) to dismiss the action or claims in the action.  Hearing on that is

28  scheduled on July 2, 2007.

2.   On June 13, 2007, defendant CHP Officer Gregory Makel was served with plaintiff's second amended complaint in this action.

3.   Claims against Officer Makel arise from the same facts and are base on the same legal theories as those alleged against defendant Salcido.

4.   Officer Makel's response would be due on July 3, 2007.

5.   In order to avoid an unnecessary and redundant motion to dismiss the parties stipulate as follows:

## STIPULATION

1.   Officer Makel may timely respond to the Second Amended Complaint within the time specified by the court for the answer to be filed on behalf of Officer Salcido following the hearing on defendants' motion to dismiss or within 10 days after an order is entered on the pending motion to dismiss - which ever is later.

2.   The court's ruling and order on the motion to dismiss will apply to the claims against Officer Makel to the same extent as applied to Officer Salcido.

Dated:  June 18, 2007      EDMUND G. BROWN JR.
                           Attorney General of the State of California
                           ALBERTO L. GONZÁLEZ
                           Supervising Deputy Attorney General

                           /s/ Jeff R. Vincent

                           JEFF R. VINCENT
                           Deputy Attorney General
                           Attorneys for Defendants State of California by and through the
                           Department of Motor Vehicles, CHP Officer D. Salcido, CHP Officer
                           Gregory Makel, CHP Captain G. Fief, and DMV Hearing Officer G.
                           Verdugo

Dated:  June 18, 2007
                           /s/ Bruce W. Nickerson
                           BRUCE W. NICKERSON
                           Attorney for Plaintiff Mark McAfee

## ORDER

IT IS SO ORDERED.

**Dated:   June 19, 2007**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time
to Respond to Complaint