IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK MCAFEE,**<br><br>                                    Plaintiff,<br><br>          v.<br><br>**STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, CHP OFFICER GREG MAKEL, CHP OFFICER SALCIDO, CHP CAPT. G.L. FIEF, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, HEARING OFFICER G. VERDUGO, and DOES 1 through 10, inclusive,**<br><br>                                    Defendants. | 1:07-CV-00577-OWW-NEW<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

     On July 2, 2007, the motion of defendants State of California by and through the Department of Motor Vehicles, CHP Officer D. Salcido, CHP Captain G. Fief, and DMV Hearing Officer G. Verdugo came on for hearing. Defendants were represented at the hearing by Deputy Attorney General Jeff R. Vincent. Plaintiff was represented by attorney Bruce W. Nickerson.

     Based on the briefs filed and arguments made at the hearing, the Court grants defendants' motion based on the grounds stated in defendants' Memorandum of Points and Authorities in support of the Motion to Dismiss. Plaintiff is granted leave to amend his

1  complaint as proposed by plaintiff in his "proposed" Third Amended Complaint, which was
2  submitted as an exhibit to plaintiff's Opposition to the Motion to Dismiss.
3      Accordingly, is hereby ordered that plaintiff's First Amended Complaint is dismissed
4  and plaintiff's proposed Third Amended Complaint is to be filed.  Defendants shall file a
5  responsive pleading within 20 days of the filing of the Third Amended Complaint.
6
7  IT IS SO ORDERED.
8  **Dated:   July 5, 2007**               /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE