EDMUND G. BROWN JR.
Attorney General of the State of California
TYLER B. PON
Supervising Deputy Attorney General
JEFFREY R. VINCENT, State Bar No. 161013
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 622-2127
 Fax: (510) 622-2270
 Email: Jeffrey.Vincent@doj.ca.gov

Attorneys for Defendants David Salcido, Greg Makel
and Gary Fief

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCAFEE,<br><br>                              Plaintiff,<br><br>       v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                              Defendants. | 1:07-CV-00577-OWW-GSA<br><br>**ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANT FIEF**<br><br>Hearing:     March 31, 2008<br>Time:        10:30 a.m.<br>Courtroom:   10<br>Judge:       The Hon. Gary S. Austin |

On March 31, 2008, the parties appeared before the court, and through counsel, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), stipulated to dismiss this action with prejudice as pled against defendant Fief, defendant Fief agreeing to waive any costs. Based on the stipulation of the parties IT IS HEREBY ORDERED that defendant Fief is dismissed with prejudice from this action.

Dated: _April 4___, 2008

                               /s/ OLIVER W. WANGER_____
                               OLIVER W. WANGER, United States District Judge

07cv577.dismiss.fief.wpd
SA2007301936

Order Dismissing Defendant Fief

1