BRUCE W. NICKERSON, C.B.N. 90760
231 Manor Drive
San Carlos,  CA 94070
Tel: (650) 594-0195

ERIC H. SCHWEITZER, C.B.N. 179776
2333 Merced Street
Fresno,  CA 93721
Tel: (559) 441-0441

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK MCAFEE, | ) |
| | ) NO: 1:07-CV-0577 OWW |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER AFTER HEARING ON** |
| | ) **PLAINTIFF'S MOTIONS IN** |
| STATE OF CALIFORNIA, CALIFORNIA HIGHWAY | ) **LIMINE** |
| PATROL, CHP OFFICER GENE MAKEL, CHP | ) |
| OFFICER SALCIDO, CHP CAPT. G.L. FIEF, | ) |
| CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, | ) |
| HEARING OFFICER G. VERDUGO, and DOES 1 | ) |
| through 10, inclusive, | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |
| _____ | ) |

The above-captioned matter came on regularly before this court July 8, 2008. The court ruled as follows:

**Motion in Limine No 1:** The motion is granted as the audio recording speaks for itself. The jury will have a transcript prepared by a certified court reporter to assist them but will be instructed that the recording is the best evidence. Counsel may stop the tape and highlight various portions, but may not opine what is not audible.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

**Motion in limine No. 2:**

The portion of the deposition transcript of Officer Davis where he uses the phrase "appeared to be resisting" may be read to the jury.  However, an instruction will be given that this is not a legal conclusion but is simply an opinion of what the witness observed. Plaintiff may present contrary evidence from other witness that he did not appear to be resisting. Plaintiff may also testify that he was not resisting.

Dated: August 8, 2008                    /s/Bruce W. Nickerson

**ORDER**

It is so Ordered.

DATED: August 11, 2008

                                        /s/ OLIVER W. WANGER
                                        United States District Judge