```
                                    FILED
                                JUDGMENT ENTERED

                            _____
                                     Date
                         by _____A. Timken_____
                                 Deputy Clerk
                            U.S. District Court
                         Eastern District of California
                          __XX___  FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARK McAFEE,

       Plaintiff,

                              **JUDGMENT IN A CIVIL ACTION**

vs.

                              1:07-CV-00577 OWW/GSA

GREG MAKEL
OFFICER SALCIDO,

       Defendant.
_____/

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that **JUDGMENT IS HEREBY ENTERED IN FAVOR OF ABOVE NAMED DEFENDANTS IN ACCORDANCE WITH THE JURY VERDICT RENDERED 8/27/2008**

DATED:

                                               VICTORIA C. MINOR, Clerk

                                               /S/ Alice Timken
                                    By:
                                                  Deputy Clerk

jgm.civ
2/1/95